IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul Walsh,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Franklin Collection Services Inc.,<br><br>　　　　Defendant. | No. CIV 10-1131-PHX-DKD<br><br>**ORDER** |

　　　Pursuant to stipulation of the parties (Doc. 33), and good cause appearing,

　　　**IT IS ORDERED** dismissing this action with prejudice, each party to bear its own costs and attorneys' fees.

　　　DATED this 6th day of January, 2011.

_____
David K. Duncan
United States Magistrate Judge